UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>  Plaintiff,<br><br>v.<br><br>McDonald's Corporation,<br><br>  Defendants. | Case No. 2:13-cv-00289-DMG-MAN<br><br>ORDER RE DISMISSAL OF ACTION [28] |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants McDonald's Corporation and 19375, Inc. dba McDonald's #19375,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

DATED: April 8, 2014

*Dolly M. Gee*
DOLLY M. GEE
United States District Judge